1  ANDREW W. STROUD (SBN 126475)
   SARAH J. FISCHER (SBN 260807)
2  MENNEMEIER, GLASSMAN & STROUD LLP
   980 9th Street, Suite 1700
3  Sacramento, CA 95814-2736
   Telephone: 916/553-4000
4  Facsimile: 916/553-4011

5  Attorneys for Defendant
   Arnold Schwarzenegger, in his official capacity
6  as Governor of the State of California

7  GEORGE B. WASHINGTON
   SHANTA DRIVER
8  SCHEFF, WASHINGTON & DRIVER, P.C.
   645 Griswold Street, Suite 1817
9  Detroit, MI 48226
   Telephone: (313) 963-1921
10 Facsimile: (313) 963-7587

11 Attorneys for Plaintiffs

12          UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA

14

15 COALITION TO DEFEND            )   Case No. C10-00641 SC
   AFFIRMATIVE ACTION, INTEGRATION)
16 AND IMMIGRANT RIGHTS AND FIGHT )
   FOR EQUALITY BY ANY MEANS      )
17 NECESSARY (BAMN), DEFEND       )   **STIPULATION TO CONTINUE**
   AFFIRMATIVE ACTION PARTY       )   **HEARING DATE OF DEFENDANT**
18 (DAAP), ISSAMAR CAMACHO,       )   **ARNOLD SCHWARZENEGGER'S**
   JEREMY BAMIDELE, MARIA BELMAN, )   **MOTION TO DISMISS; ORDER**
19 JONATHAN BROOKS, CHRISTIAN     )   **THEREON**
   IVAN BURGOS, MAYRA CASILLAS,   )
20 BIANCA CENTENO, CALVIN JEVON   )
   COCHRAN, ADAN DE LA CRUZ, by his )  The Honorable Samuel Conti
21 next friend LUIS DE LA CRUZ,   )
   VERONICA DONERSON, OMAR SERAG  )
22 ELDIN by his next friend GAMIL SERAG )
   ELDIN, JOSE FLORES, MICHELLE   )
23 FLORES by her next friend VICTORIA )
   BARRANCO, JENESIS , FONSECA by her )
24 next friend ANGELICA LEDEZMA,  )
   GABRIELA GALICIA, ILIANA       )
25 GALLAGA, JOSE GARCIA, JOSE     )
   GARCIA, MIYUKA GOMEZ by her next )
26 friend ROSA MARIA GOMEZ, PARTICIA )
   GONZALEZ, ANTHONY KEOKI        )
27 GRACIA, RABIAH HARRISON, ROSE  )
   ANOTA HERNANDEZ, ZAIRA         )
28 HERNANDEZ, DANIEL DE JESUS     )

| | |
|---|---|
| 1 | HERRERA, BRENDA IGLESIAS, ) |
|   | JESSICA JIMINEZ, SARAH KIM, ) |
| 2 | DOMINIQUE LOFGREN, ANTONIO ) |
|   | LOVE, NAYELI A. MARAVILLAS, by her ) |
| 3 | next friend MARTIN MARAVILLAS, ) |
|   | GABRIELA MARTINEZ by her next friend ) |
| 4 | DORA MARTINEZ, JAVIER MEZA, ) |
|   | GLADYS MORALES by her next friend ) |
| 5 | ROCIO MORALES, JALIMA MORALES, ) |
|   | AISLYN T. NAMANGA, HAN KYUL ) |
| 6 | NOH by his next friend LUCIA NOH, ) |
|   | NICHOLAS OGBUEHI, AURIA PEREZ, ) |
| 7 | MARIA ELENA POLANCO by her next ) |
|   | friend ADELA SANTIBANA, JAPHINMA ) |
| 8 | POWER, MERARI RAMIREZ, NANCY J. ) |
|   | RODRIGUEZ by her next friend LUCIA ) |
| 9 | CASTILLO, AARON SAMPSON, ) |
|   | ANDREW SANCHEZ, DOMIQUE ) |
| 10 | SHORT-THOMAS, ALEJANDRA SOLIS ) |
|   | by his next friend ROSA DESORMAUX, ) |
| 11 | DESIREE TIENTURIER, JASMINE ) |
|   | TOVAR by her next frined LUZ TOVAR, ) |
| 12 | BRENDA TRUJILLO, JOSE ROBERTO ) |
|   | VALENZUELA, RUBY VILLARRUEL by ) |
| 13 | her next friend OLIVIA VILLARRUEL, ) |
|   | JERRICA WEBB, TANISHA WEST, ) |
| 14 | AMBER WILLIAMS by her next friend ) |
|   | CARLETTE KING-WILLIAMS, ) |
| 15 | RICARDO ZAZUETA ) |
|   |   ) |
| 16 |           Plaintiffs, ) |
|   | v. ) |
| 17 |   ) |
|   | ARNOLD SCHWARZENEGGER, in his ) |
| 18 | official capacity as Governor of the State of ) |
|   | California, REGENTS OF THE ) |
| 19 | UNIVERSITY OF CALIFORNIA, and ) |
|   | MARK YUDOF, in his official capacity as ) |
| 20 | President of the University of California, ) |
|   |   ) |
| 21 |           Defendants. ) |

The plaintiffs and defendants, by and through their counsel of record, stipulate as follows:

## RECITALS

A.   On or about May 28, 2010, Defendant Arnold Schwarzenegger's filed his motion to dismiss. The hearing on the motion is set for July 9, 2010;

B.   On or about June 14, 2010, Defendants Regents of the University of

1  California and Mark Yudof filed their motion to dismiss. The hearing on their motion is set for
2  July 23, 2010.
3          C.    On or about June 14, 2010 Proposed Defendant-Intervenors Ward
4  Connerly, American Civil Rights Foundation (ACRF), and California Association of Scholars
5  (CAS), filed their motion to intervene. The hearing on the motion is set for July 23, 2010
6          D.    Plaintiffs' counsel will be traveling from Detroit, Michigan for the
7  hearings and requests that both motions to dismiss be heard on the same date.
8          E.    Counsel for Plaintiffs and Defendants have agreed to continue the
9  hearing date to July 23, 2010.

## STIPULATION

The hearing on Defendant Arnold Schwarzenegger's motion to dismiss shall be continued from July 9, 2010 to July 23, 2010 at 10:00 a.m. in Department 1.

Dated: June 17, 2010                    MENNEMEIER, GLASSMAN & STROUD LLP


                                        By: _____/s/_____
                                            Andrew W. Stroud
                                            Attorneys for Defendant Arnold Schwarzenegger, in
                                            his official capacity as Governor of the State of
                                            California


Dated: June 17, 2010                    SCHEFF, WASHINGTON & DRIVER, P.C.




                                        By: _____/s/_____
                                            George B. Washington
                                            Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED. The hearing on Defendant Arnold Schwarzenegger's motion to dismiss is continued from July 9, 2010 to July 23, 2010 at 10:00 a.m. in Department 1.

Dated: _____ June 21, 2010 _____         _____
                                              Honorable Samuel Conti