1   BRADLEY S. PHILLIPS (SBN 085263)
    Brad.Phillips@mto.com
2   SORAYA C. KELLY (SBN 252993)
    Soraya.Kelly@mto.com
3   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, 35th Floor
4   Los Angeles, CA  90071-1560
    Phone: (213) 683-9100; Fax:  (213) 687-3702
5
    MICHELLE FRIEDLAND (SBN 234124)        GEORGE B. WASHINGTON (*pro hac vice*)
6   Michelle.Friedland@mto.com             SHANTA DRIVER (*pro hac vice*)
    MUNGER, TOLLES & OLSON LLP             SCHEFF, WASHINGTON & DRIVER, P.C.
7   560 Mission Street                     645 Griswold St., Suite 1817
    San Francisco, CA 94105-2907           Detroit, MI  48226
8   Phone: (415) 512-4000; Fax:  (415) 512-4067   Phone: (313) 963-1921; Fax:  (313) 963-7587
                                           scheff@ameritech.net
9   Attorneys for Defendants
    Regents of the University of California and   RONALD CRUZ (SBN 267038)
10  Mark Yudof                             SCHEFF, WASHINGTON & DRIVER, P.C.
                                           2015 Filbert St.
11  ANDREW W. STROUD (SBN 126475)          Oakland, CA 94607
    SARAH J. FISCHER (SBN 260807)          Phone: (510) 501-2435
12  MENNEMEIER, GLASSMAN & STROUD LLP      ronaldsf@gmail.com
    980 9th Street, Suite 1700
13  Sacramento, CA  95814-2736             Attorneys for Plaintiffs
    Phone: (510) 987-9800; Fax:  (510) 987-9757   Coalition to Defend Affirmative Action,
14                                         Integration, and Immigrant Rights and Fight
    Attorneys for Defendant                for Equality By Any Means Necessary, et al.
15  Arnold Schwarzenegger, in his official capacity
    as Governor of the State of California
16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

19  COALITION TO DEFEND AFFIRMATIVE        CASE NO.  C10-00641
    ACTION, INTEGRATION & IMMIGRANT
20  RIGHTS & FIGHT FOR EQUALITY BY ANY     **STIPULATED REQUEST AND**
    MEANS NECESSARY (BAMN), et al.,        **[PROPOSED] ORDER TO CONTINUE**
21                                         **CASE MANAGEMENT CONFERENCE**
                    Plaintiffs,
22
         vs.                               Judge:   The Honorable Samuel Conti
23                                         Conf.:   August 13, 2010
    ARNOLD SCHWARZENEGGER, in his          Time:    10:00 a.m.
24  official capacity as Governor of the State of   Room:    1
    California, REGENTS OF THE UNIVERSITY
25  OF CALIFORNIA, and MARK YUDOF, in his
    official capacity as President of the University
26  of California,

27                  Defendants.

28
    11284413.1                                    STIPULATED REQUEST AND [PROPOSED]
                                                  ORDER TO CONTINUE CASE MANAGEMENT
                                                  CONFERENCE, CASE NO. C10-00641

1    The Court currently has pending before it in this matter three motions to dismiss and one

2  motion to intervene.  Given that the composition of the parties in this case will not be known until

3  the Court rules upon these motions, Plaintiff and Defendants respectfully request that the Case

4  Management Conference currently scheduled for August 13, 2010 be continued and re-set to

5  September 24, 2010.

6    THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval,

7  that the Case Management Conference be continued to Friday, September 24, 2010.

8                                                    Respectfully submitted,

9  DATED:  July 30, 2010                    Munger, Tolles & Olson LLP
                                                      BRADLEY S. PHILLIPS
10                                                   MICHELLE FRIEDLAND
                                                      SORAYA C. KELLY
11

12                                                   By:___/s/ Bradley S. Phillips_____
                                                            BRADLEY S. PHILLIPS
13
                                                      Attorneys for Defendants
14                                                   Regents of the University of California and
                                                      Mark Yudof
15
     DATED:  July 30, 2010                    Mennemeier, Glassman & Stroud LLP
16                                                   ANDREW W. STROUD
                                                      SARAH J. FISCHER
17

18                                                   By:___/s/ Andrew W. Stroud_____
                                                            ANDREW W. STROUD
19
                                                      Attorneys for Defendant
20                                                   Arnold Schwarzenegger, in his official
                                                      capacity as Governor of the State of California
21
     DATED:  July 30, 2010                    Scheff, Washington & Driver, P.C.
22                                                   GEORGE B. WASHINGTON
                                                      SHANTA DRIVER
23                                                   RONALD CRUZ

24                                                   By:___/s/ George B. Washington_____
                                                            GEORGE B. WASHINGTON
25
                                                      Attorneys for Plaintiff
26                                                   Coalition to Defend Affirmative Action,
                                                      Integration, and Immigrant Rights and Fight
27                                                   for Equality By Any Means Necessary, et al.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management

Conference, currently scheduled for August 24, 2010, shall be and is hereby continued to Friday,

~~September, 24 2010 at _____ a.m.~~    September 16, 2010 at 10:00 a.m.


Dated: ___ July 30, 2010 ___

_____
Honorable S
United S                     t Judge

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATED REQUEST AND [PROPOSED]
ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE, CASE NO. C10-00641

1

## **CERTIFICATION**

2         I, Soraya C. Kelly, am the ECF User whose identification and password are being used to

3     file this STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE

4     MANAGEMENT CONFERENCE.  In compliance with General Order 45.X.B., I hereby attest

5     that Andrew W. Stroud and George B. Washington concurred in this filing.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28