BRADLEY S. PHILLIPS (SBN 085263)
Brad.Phillips@mto.com
SORAYA C. KELLY (SBN 252993)
Soraya.Kelly@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Phone:(213) 683-9100; Fax:(213) 687-3702

MICHELLE FRIEDLAND (SBN 234124)
Michelle.Friedland@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA 94105-2907
Phone:(415) 512-4000; Fax:(415) 512-4067

Attorneys for Defendant
Mark Yudof

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION TO DEFEND AFFIRMATIVE ACTION, INTEGRATION AND IMMIGRANT RIGHTS AND FIGHT FOR EQUALITY BY ANY MEANS NECESSARY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California, REGENTS OF THE UNIVERSITY OF CALIFORNIA, and MARK YUDOF, in his official capacity as President of the University of California,<br><br>Defendants.<br><br>WARD CONNERLY and AMERICAN CIVIL RIGHTS FOUNDATION<br><br>Intervenor-Defendants. | CASE NO. C10-00641<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANT MARK YUDOF'S TIME TO RESPOND TO COMPLAINT**<br><br>Judge: The Honorable Samuel Conti |

CASE NO. C10-00641

STIPULATION RE DEFENDANT MARK YUDOF'S TIME TO RESPOND TO COMPLAINT

This Court entered an Order Re: Motion to Intervene and Defendants' Motions to Dismiss on August 25, 2010. In that Order, the Court granted the motion to dismiss of Defendant The Regents of the University of California, denied the other Defendants' motions to dismiss, and ordered Defendant-Intervenors to notice and file a motion to dismiss pursuant to Rule 12(b)(6), in light of *Coalition for Economic Equity v. Wilson*, 122 F.3d 692 (9th Cir. 1997). That motion is to be heard by this Court on November 15, 2010.

Plaintiffs and Defendant Mark Yudof, who is sued here in his official capacity as President of the University of California, have agreed and hereby stipulate that, in light of the Court's Order, Defendant Yudof may have until and including the thirtieth (30th) day after this Court rules on the Defendant-Intervenors' motion to dismiss in which to answer or otherwise respond further to the Complaint in this action. Plaintiffs and Defendant Yudof agree that such extension is appropriate to conserve the time and resources of both the parties and this Court.

DATED: September 7, 2010

MUNGER, TOLLES & OLSON LLP
BRADLEY S. PHILLIPS
MICHELLE FRIEDLAND
SORAYA C. KELLY

By: *Bradley S. Phillips / SCK*
BRADLEY S. PHILLIPS

Attorneys for Defendant
MARK YUDOF

DATED: September 7, 2010

SCHEFF, WASHINGTON & DRIVER, P.C.

By: *George B. Washington*
GEORGE B. WASHINGTON

Attorneys for Plaintiffs

- 2 -

STIPULATION RE DEFENDANT MARK YUDOF'S TIME TO RESPOND TO COMPLAINT

**GENERAL ORDER 45 ATTESTATION**

I, BRADLEY S. PHILLIPS, am the ECF User whose ID and password was used to file this STIPULATION RE DEFENDANT MARK YUDOF'S TIME TO RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that the above counsel concurred in this filing.

DATED: September 7, 2010      By:     /s/ Bradley S. Phillips

                                                         BRADLEY S. PHILLIPS

MUNGER, TOLLES & OLSON LLP
Attorneys for Defendant MARK YUDOF

CASE NO. C10-00641      - 3 -

STIPULATION RE DEFENDANT MARK YUDOF'S TIME TO RESPOND TO COMPLAINT

**ORDER**

IT IS HEREBY ORDERED that Defendant Mark Yudof, sued herein in his capacity as President of the University of California, shall have until and including the thirtieth (30th) day after this Court rules on the motion to dismiss to be filed by Defendant-Intervenors in which to answer or otherwise respond further to the Complaint in this action.

Date: September 8, 2010    _____
                            HONORABLE SAMUEL CONTI
                            UNITED STATES DISTRICT JUDGE

CASE NO. C10-00641

[PROPOSED] ORDER