```
ANDREW W. STROUD (SBN 126475)
SARAH J. FISCHER (SBN 260807)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916/553-4000
Facsimile: 916/553-4011

Attorneys for Defendant
Arnold Schwarzenegger, in his official capacity
as Governor of the State of California
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION TO DEFEND AFFIRMATIVE ACTION, INTEGRATION AND IMMIGRANT RIGHTS AND FIGHT FOR EQUALITY BY ANY MEANS NECESSARY, et al.,<br><br>Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California, REGENTS OF THE UNIVERSITY OF CALIFORNIA, and MARK YUDOF, in his official capacity as President of the University of California,<br><br>Defendants. | Case No. C10-00641 SC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE DEFENDANT ARNOLD SCHWARZENEGGER'S TIME TO RESPOND TO COMPLAINT<br><br>The Honorable Samuel Conti |

This Court entered an Order Re: Motion to Intervene and Defendants' Motions to Dismiss on August 25, 2010. In that Order, the Court granted the motion to dismiss of Defendant Regents of the University of California, denied the other Defendants' motions to dismiss, and ordered Defendant-Intervenors to notice and file a motion to dismiss pursuant to Rule 12(b)(6), in light of *Coalition for Economic Equity v. Wilson*, 122 F.3d 692 (9th Cir. 1997). That motion is set to be heard by this Court on November 15, 2010.

1        Plaintiffs and Defendant Arnold Schwarzenegger ("Schwarzenegger"), who is
2  sued here in his official capacity as Governor of the State of California, have agreed and hereby
3  stipulate that, in light of the Court's August 25, 2010 Order, Defendant Schwarzenegger may
4  have until and including the thirtieth (30th) day after this Court rules on the Defendant-
5  Intervenors' motion to dismiss in which to answer or otherwise respond further to the Complaint
6  in this action. Plaintiffs and Defendant Schwarzenegger agree that such extension is appropriate
7  to conserve the time and resources of both parties and this Court.

8  Dated: September 10, 2010        MENNEMEIER, GLASSMAN & STROUD LLP

By: _____
Andrew W. Stroud
Attorneys for Defendant Arnold Schwarzenegger, in
his official capacity as Governor of the State of
California

14 Dated: September 10, 2010        SCHEFF, WASHINGTON & DRIVER, P.C.

By: _____
George B. Washington
Attorneys for Plaintiffs

## GENERAL ORDER 45 ATTESTATION

I, Andrew W. Stroud, am the ECF User whose ID and password was used to file this Stipulation re Defendant Arnold Schwarzenegger's Time to Reponse to Complaint. In compliance with General Order 45, X.B., I hereby attest that the above counsel concurred in this filing.

Dated: September 10, 2010

MENNEMEIER, GLASSMAN & STROUD LLP

By: _____
Andrew W. Stroud
Attorneys for Defendant Arnold Schwarzenegger, in his official capacity as Governor of the State of California

## ORDER

IT IS HEREBY ORDERED that Defendant Arnold Schwarzenegger, sued herein in his capacity as Governor of the State of California, shall have until and including the thirtieth (30th) day after this Court rules on the motion to dismiss to be filed by Defendant-Intervenors in which to answer or otherwise respond further to the Complaint in this action.

Dated: September 14, 2010



Honorable
United S

Judge Samuel Conti

IT IS SO ORDERED